McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Asst. United States Attorney
Federal Building, Rm. 3654
1130 "O" Street
Fresno, CA 93721
Telephone: (559) 498-7272

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK GARCIA,<br><br>         Plaintiff,<br><br>     v.<br><br>ROY CAMERON, Program RANGER, United States Army Corps of Engineers,<br><br>         Defendant. | 1:05-cv-00387 AWI/DLB<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER** |

Plaintiff FRANK GARCIA and defendant ROY CAMERON, Program Ranger, United States Army Corps of Engineers hereby stipulate to dismissal, without prejudice, of the Complaint in this case pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1).

Dated: April ___, 2005

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

By:_____    By: _____
   FRANK GARCIA                    BRIAN W. ENOS
   Plaintiff (Pro Se)              Assistant U.S. Attorney

                                   Attorneys for Defendant
                                   United States of America

IT IS SO ORDERED.

**Dated:   May 6, 2005**                     **/s/ Anthony W. Ishii**
0m8i78                          UNITED STATES DISTRICT JUDGE